**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Manuel Gastelum-Garcia, | ) | No. CV05-3422-PHX-SRB |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Joseph Arpaio, | ) | |
| Defendant. | ) | |

Plaintiff, Manuel Gastelum-Garcia, filed his Civil Rights Complaint on October 26, 2005.  On March 21, 2006, the Court issued a screening order advising Plaintiff that "at all times during the pendency of this action, Plaintiff shall immediately advise the Court and the United States Marshal of any change of address and its effective date.  On March 27, 2006 Plaintiff's copy of the March 21, 2006 order was returned by the post-office with the notation "Attempted Not Known."

The Magistrate Judge filed his Report and Recommendation on April 14, 2006 recommending that Plaintiff's case be dismissed without prejudice pursuant to Rule 41(b), Fed. R .Civ. P. for failure to prosecute.  The Court notes that the Plaintiff's copy of the Report and Recommendation has been returned by the post-office with the notation "Return to Sender." The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

1       IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge
2 as the order of this Court.
3       IT IS FURTHER ORDERED dismissing this case pursuant to Rule 41(b), Fed. R.
4 Civ. P. for Plaintiff's failure to prosecute.

6       DATED this 17th day of May, 2006.

                _____
                Susan R. Bolton
                United States District Judge